ALFRED E. ALDRIDGE, Appellant, *v.* ÆTNA LIFE INSUR-ANCE COMPANY, Respondent.

*Aldridge v. Ætna Life Ins. Co.*, 172 App. Div. 941, affirmed.
(Argued October 29, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 25, 1916, affirming a judgment in favor of defendant entered upon a verdict in an action upon a policy of accident insurance. The complaint alleged that plaintiff fell striking on his right side above the hip and received injuries which brought on an attack of appendicitis. The defenses were that the plaintiff committed a breach of warranty when he stated in his application, " I am not deformed and have not sustained any severe bodily injury except as herein stated;" that the plaintiff committed a breach of warranty when he stated in his application, " I have not received medical attention within the past two years except as herein stated; " and that the disability, if it was contributed to in any way by the accidents, resulted partly from the diseased appendix and the chronic appendicitis which

the plaintiff had had for a long time prior to the accidents, and the disability, therefore, was not covered by the policy.

*Walter Welch* for appellant.

*Stewart F. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Not sitting: ANDREWS, J.